**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**PITONYAK MACHINERY CORPORATION**                                          **PLAINTIFF**

**v.**                                          **4:08CV00581-WRW**

**CRUSTBUSTER-SPEED KING INC.**                                          **DEFENDANT**

**ORDER**

Pending is Defendant's Motion to Vacate Order and Stay Proceedings (Doc. No. 14). Plaintiff has responded (Doc. No. 15) and Defendant has replied (Doc. No. 16). Defendant's Reply states that "the dispute between the parties was resolved" and that "once the agreement of the parties is memorialized and an Order of Dismissal if filed in the District of Kansas matter, [Defendant's] pending Motion to Vacate Order and Stay Proceedings will be moot."

Defendant's Motion (Doc. No. 14) is DENIED without prejudice. Defendant may refile its Motion at a later date if necessary.

IT IS SO ORDERED this 2nd day of October, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE